IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
SAMUEL COULTER,              )
                             )
     Petitioner,             )
                             )     CIVIL ACTION NO.
     v.                      )      3:11cv551-MHT
                             )         (WO)
UNITED STATES OF AMERICA,    )
                             )
     Respondent.             )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petition for writ of habeas corpus filed by petitioner Samuel Coulter (doc. no. 1) is granted.

(2) The final judgment entered in United States v. Coulter, criminal action no. 3:10cr138-MHT (M.D. Ala), is vacated as to petitioner Coulter's sentence.

It is further ORDERED that costs are taxed against respondent United States of America, for which execution may issue.

The clerk of the court is DIRECTED to file a copy of this judgment and the accompanying opinion in United States v. Coulter, criminal action no. 3:10cr138-MHT (M.D. Ala).

The clerk of the court is further DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of July, 2011.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE